**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| EMERSON HERMETIC MOTOR, a division of EMERSON ELECTRIC CO.<br><br>    Plaintiff(s),<br><br>    vs.<br><br>SHOU LIU<br><br>    Defendant(s). | )<br>)<br>)<br>)<br>)    Case No. 4:19-cv-1003<br>)<br>)<br>)<br>) |

**DISCLOSURE OF ORGANIZATIONAL INTERESTS**
**CERTIFICATE**

Pursuant to Local Rule 3-2.09 of the Local Rules of the United States District Court for the Eastern District of Missouri and Federal Rule of Civil Procedure 7.1, Counsel of record for <u>Plaintiff</u> hereby discloses the following organizational interests:

1. If the subject organization is a corporation,

    a. Its parent companies or corporations (if none, state "none"):
    
        NONE

    b. Its subsidiaries not wholly owned by the subject corporation (if none, state "none"):
    
        TSUBAKI EMERSON CO.

    c. Any publicly held company or corporation that owns ten percent (10%) or more of the subject corporation's stock (if none, state "none"):
    
        NONE

2. If the subject organization is a limited liability company or a limited liability partnership, its members and each member's state of citizenship:

    /s/ Kevin T. McLaughlin
    Signature (Counsel for Plaintiff/Defendant)
    Print Name: Kevin T. McLaughlin
    Address: 10 S. Broadway #2000
    City/State/Zip: St. Louis, MO 63102
    Phone: 314.241.9090

<u>Certificate of Service</u>

I hereby certify that a true copy of the foregoing Disclosure of Organizational Interests Certificate was served (by mail, by hand delivery, or by electronic notice) on all parties on: <u>April 26</u>, 20<u>19</u>.

    /s/ Kevin T. McLaughlin
    Signature