## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

EMERSON HERMETIC MOTOR _____, )
       **Plaintiff (s),** )
        )
**v.** ) **Case No.** 4:19-cv-1003
        )
SHOU LIU _____, )
       **Defendant(s).** )

## NOTICE OF INTENT TO USE
## PROCESS SERVER

**Comes now** _Plaintiff_ **and notifies the court of the intent to use**
     **(Plaintiff or Defendant)**

Maria D. DeLaCerda
_____
**(name and address of process server)**

Courthouse Connection LLC
_____

935 Eldridge Rd. #283, Sugarland, TX 77478
_____

**To serve:** Defendant Shou Liu _____ **in the**
     **(name of defendants to be served by this process server)**

**above-styled cause. The process server listed above possesses the**

**requirements as stated in Rule 4 of the Federal Rules of Civil Procedure.**

**The undersigned affirms the information provided above is true and correct.**

04/26/2019                                      /s/ Kevin T. McLaughlin
_____                                        _____
  **(date)**                                              **(attorney for Plaintiff)**

                                                       _____
                                                      **(attorney for Defendant)**